IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MARTY GILBERT,                              )
                                            )
    Plaintiff,                              )         NO. 3:09-0508
                                            )         JUDGE HAYNES
v.                                          )
                                            )
COUNTRY MUSIC ASSOCIATION,                  )
INC., COUNTY MUSIC TELEVISION,              )
INC MTVN DIRECT, INC., CENTRAL              )
CITY PRODUCTIONS, INC.,                     )
INTERNATIONAL ALLIANCE OF                   )
THEATRICAL STAGE EMPLOYEES,                 )
MOVING PICTURE TECHNICIANS,                 )
ARTISTS AND ALLIED CRAFTS OF                )
THE UNITED STATES AND CANADA,               )
INTERNATIONAL ALLIANCE OF                   )
THEATRICAL STAGE EMPLOYEES,                 )
MOVING PICTURE TECHNICIANS,                 )
ARTISTS AND ALLIED CRAFTS OF                )
THE UNITED STATES AND CANADA,               )
LOCAL 46,                                   )
                                            )
    Defendants.                             )

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion to stay proceedings (Docket Entry No. 7) is **DENIED**; International Alliance of Theatrical Stage Employees motions to dismiss and Local 46's (Docket Entry Nos. 14 and 27) is **GRANTED**; (2) Defendants MTVN Direct, Inc.'s and Country Music Television's motion to dismiss; (Docket Entry No. 18) is **GRANTED**; (3) Defendant Central City's motion to dismiss (Docket Entry No. 35) is **DENIED as moot**; (4) International Alliance of Theatrical Stage Employees and Local 46's motion for leave to file a reply (Docket Entry No. 38) is **DENIED as moot**; (5) Plaintiff's

motion for extension of time fo file response to reply (Docket Entry No. 41) is **DENIED as moot**; and (6) MTVN Direct, Inc., and Country Music Television's motion for sanction (Docket Entry No. 48) is **DENIED**; and Plaintiff's motion to file a second amended complaint (Docket Entry No. 56) is **DENIED**.

Accordingly, Plaintiff's claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq., are **DISMISSED with prejudice**. Plaintiff's claims under a the Labor Relations Management Act ("LRMA"), 29 U.S.C. § 185 is **DISMISSED without prejudice**. Plaintiff's claims under 29 U.S.C. §187 is **DISMISSED with prejudice**. Plaintiff's state law claims are **DISMISSED without prejudice** for lack of jurisdiction.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 29th day of September, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge